IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| VICTOR LAMONT HARRIS, #141 938 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-871-WKW (WO) |
| GWENDOLYN MOSLEY, WARDEN, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion for Civil Contempt. In support of the motion, Plaintiff states that he seeks enforcement of a settlement agreement entered into and approved by the court in *Twarog v. Haley*, Civil Action No. 2:97-120-WHA (M.D. Ala.). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion (Doc. No. 6) is hereby DENIED.  *See Reynolds v. Roberts*, 207 F.3d 1288, 1298 (11th Cir. 2000); *Newman v. State of Alabama*, 683 F.2d 1312, 1318 (11th Cir. 1982).

Done this 11th day of October 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE