IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VICTOR LAMONT HARRIS, #141938, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-871-WKW |
| ) | (WO) |
| GWENDOLYN MOSLEY, WARDEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 30), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted and that this action is DISMISSED without prejudice for Plaintiff's failures to prosecute this action and comply with the orders of the court.

An appropriate judgment will be entered.

DONE this 6th day of October, 2008.

                                        /s/  W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE